NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDTRONIC, INC., MEDTRONIC VASCULAR, INC.,**
*Appellants*

**v.**

**LIFEPORT SCIENCES LLC,**
*Appellee*

---

2015-1862

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00288.

---

## JUDGMENT

---

JAMES ELACQUA, Skadden, Arps, Slate, Meagher & Flom LLP, Palo Alto, CA, argued for appellants. Also represented by EDWARD TULIN, New York, NY.

ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for appellee. Also respresented by CARY KAPPEL, DAVID PETROFF, Davidson, Davidson & Kappel, LLC, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 9, 2016         /s/ Peter R. Marksteiner
Date            Peter R. Marksteiner
               Clerk of Court